

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2014

No. 04-14-00550-CV

**IN RE FREEDOM BIBLE RESEARCH INSTITUTE**,
a/k/a Body of Christ Camp and Timothy Raub

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

On August 12, 2014 real parties in interest filed an opposed motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real parties in interest may be filed no later than September 17, 2014.

It is so **ORDERED** on August 15th, 2014.        PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009CI00467, styled *Frances McClintock, Individually and as Next Friend of S.M., A Minor Child v. Love Demonstrated Ministries International, Inc., et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.